AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SHAUN BEVERIDGE; REED ALEFTERAS; and ROBERT ELDER,

*Plaintiff/Counter Defendants,*

v.

CITY OF SPOKANE; CITY OF SPOKANE POLICE DEPARTMENT; CRAIG N. MEIDL, Chief of Police; LONNY TOFSRUD, Detective; DEAN SPRAGUE, Lieutenant; JOHN AND JANE DOES 1-10,

*Defendant/Counter Claimants.*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 01, 2020**

SEAN F. McAVOY, CLERK

Civil Action No. 2:20-CV-98-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion for Judgment on the Pleadings, ECF No. 14, is GRANTED and DENIED IN PART. Defendants' counterclaim made pursuant to RCW 4.24.350 is dismissed without prejudice. Plaintiffs' following claims are dismissed with prejudice: Section 1983 claims against the Spokane Police Department; Section 1983 claim for violation of their Eighth Amendment rights against Defendants City of Spokane, Chief Meidl, Det. Tofsrud, Lt. Sprague, and John/Jane Does 1–10; and Section 1983 claim lacking an underlying constitutional or federal rights violation. Plaintiff's following claims are dismissed without prejudice: Section 1983 claim for violation of their Fourth Amendment rights against Defendants City of Spokane, Chief Meidl, Det. Tofsrud, Lt. Sprague, and John/Jane Does 1–10; Section 1983 claim for violation of their Fourteenth Amendment due process rights against Defendants City of Spokane, Chief Meidl, Det. Tofsrud, Lt. Sprague, and John/Jane Does 1–10; and state law claims as to all Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Judgment on the Pleadings (ECF No. 14).

Date: 9/1/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams